AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Barbier, Carl J | 2. Court or Organization  U.S. District Court, E.D. La. | 3. Date of Report  05/12/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge-Active | 5a. Report Type (check appropriate type)  ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  500 Poydras Street New Orleans, LA. 70130 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member, Board of Directors | Loyola Law Alumni Association |
| 2. Member, Board of Directors | Federal Bar Assoc.-New Orleans Chapter |
| 3. Member, Executive Committee | St. Thomas More Inn of Court (Loyola Law School) |
| 4. Past President and Board Member | New Orleans Bar Association |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2008 MAY 15 P 8: 2  RECEIVED  FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | LSU Law School | 3/22-23/2007 | Baton Rouge, LA. | CLE program | Food and lodging |
| 2. | New Orleans Bar Association | 3/30-4/1/2007 | Point Clear, AL. | Bench Bar Conference | Food and lodging |
| 3. | LSU Law School | 11/1-2/2007 | Baton Rouge, LA. | CLE program | Food and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bell Telephone Co of Pa (Bond) | A | Interest | | | Redemption | 07/16 | J | A | |
| 2. Mountain States Tel & Teleg (Bonds) | B | Interest | | | Redemption | 06/07 | K | C | |
| 3. GTE South Debenture 2/15/08(Bond) | A | Interest | J | T | | | | | |
| 4. Florida Power Company (Bonds) | A | Interest | J | T | | | | | |
| 5. Potomoc Electric Power Co (Bonds) | B | Interest | K | T | | | | | |
| 6. ITT Corp Sr.Debenture | A | Interest | J | T | | | | | |
| 7. General Foods Corp(Bonds) | C | Interest | K | T | | | | | |
| 8. Tenn. Gas Pipeline Debenture | B | Interest | K | T | | | | | |
| 9. AMR Corp. (Unsec. Notes) | A | Interest | J | T | | | | | |
| 10. NM Ford Motor Cdt Co.(Bond) | A | Interest | J | T | | | | | |
| 11. USX-Marathon Grp Deb | B | Interest | K | T | | | | | |
| 12. Commonwealth Edison Co(Bond) | A | Interest | J | T | | | | | |
| 13. Bellsouth Corp. 12/15/2016 (Bonds) | B | Interest | K | T | | | | | |
| 14. Anheuser Busch Notes Apr 01 2018 | B | Interest | K | T | | | | | |
| 15. Transocean Sedco Forex Notes 4/15/18 | B | Interest | K | T | | | | | |
| 16. NM Bank of NY BE | A | Interest | J | T | | | | | |
| 17. Anheuser Busch Cos Inc Notes Mar 01 2019 | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,900 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Penn. Electric Co. Sr. Notes 4/01/19 | A | Interest | J | T | | | | | |
| 19.  Duke Capital Corp. Global Notes | C | Interest | K | T | | | | | |
| 20.  Ford Holdings Inc Deb | B | Interest | J | T | | | | | |
| 21.  Halliburton Co Debentures    3/01/21 | B | Interest | K | T | Buy | 01/12 | K | | |
| 22.  Caterpillar Fin Serv Crp (Bond) 12/15/21 | B | Interest | K | T | Buy | 06/01 | K | | |
| 23.  El Paso Nat. Gas (Bond) | A | Interest | J | T | | | | | |
| 24.  Gen Elec Cap Corp (Sr. Notes) | B | Interest | K | T | | | | | |
| 25.  Coca Cola Ent. Debentures    Feb 01 2022 | B | Interest | K | T | | | | | |
| 26.  USX Corp Debentures | B | Interest | K | T | | | | | |
| 27.  Coca Cola Ent. Inc. Debentures  Sep 15 2022 | C | Interest | L | T | | | | | |
| 28.  Utilicorp United, Inc. (Bond) | A | Interest | | | Redeemed | 06/15 | J | A | |
| 29.  USX Marathon Grp Debentures   Mar 01 2023 | C | Interest | L | T | | | | | |
| 30.  Anheuser Busch Cos Inc Bonds May 15 2023 | B | Interest | K | T | | | | | |
| 31.  Chesapeake & Potomoc Tel Co Debentures May 01 2023 | B | Interest | K | T | Buy | 07/17 | J | | |
| 32.  U.S. West Comm. Debenture | B | Interest | K | T | | | | | |
| 33.  Gen Motors Corp Global Bds  July 15 2023 | A | Interest | J | T | | | | | |
| 34.  USX Marathon Group Debentures  July 15 2023 | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Southern Union Co. Debentures | A | Interest | J | T | | | | | |
| 36. Time Warner Cos Inc Debentures | B | Interest | K | T | | | | | |
| 37. New Jersey Bell Tel. Co Deben | A | Interest | J | T | | | | | |
| 38. Union Carbide Deben 6/1/25 | A | Interest | J | T | | | | | |
| 39. Citizens Utilities Co Notes | C | Interest | K | T | | | | | |
| 40. Ford Motor Co. 11/15/25(debentures) | B | Interest | K | T | | | | | |
| 41. Burlington Resources Inc Debentures 2/15/26 | B | Interest | K | T | | | | | |
| 42. Indiana Bell Tel Debentures Aug 15 2026 | D | Interest | M | T | | | | | |
| 43. Southwestern Bell Tel Debenture | A | Interest | J | T | | | | | |
| 44. Bristol Meyers Squibb Deben Nov 15 2026 | B | Interest | K | T | | | | | |
| 45. Hydro Quebec Deb Ser GQ MBIA-IBC | B | Interest | K | T | | | | | |
| 46. Phillip Morris Cos Inc Debentures | B | Interest | K | T | | | | | |
| 47. Eli Lilly & Co (Bond) 3/15/27 | A | Interest | J | T | Buy | 08/13 | J | | |
| 48. GTE Calif Inc Debentures May 15 2027 | C | Interest | K | T | Buy | 11/13 | K | | |
| 49. Hershey Foods Corp Deb | A | Interest | J | T | | | | | |
| 50. Seagull Energy Corp Sr. Notes 9/15/27 | C | Interest | K | T | | | | | |
| 51. Pioneer Natural Resource Co. (Bond) | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Sears Roebuck Accept Deben | B | Interest | K | T | | | | | |
| 53. GTE Florida (Bond) | A | Interest | J | T | | | | | |
| 54. Con Edison (Debentures) | A | Interest | J | T | | | | | |
| 55. KN Energy Inc. Deben 3/01/28 | A | Interest | J | T | | | | | |
| 56. Bell Atlantic Corp Deben | B | Interest | K | T | | | | | |
| 57. GTE Corp Debentures 4/15/28 | B | Interest | K | T | | | | | |
| 58. Petro Canada Deben 11/15/28 | A | Interest | J | T | | | | | |
| 59. Bell Atlantic Penn Bonds | B | Interest | K | T | | | | | |
| 60. Duke Energy Corp (Sr Notes) | B | Interest | K | T | | | | | |
| 61. Burlington Resources (Deben) 3/01/29 | B | Interest | K | T | Buy | 02/26 | K | | |
| 62. Conoco Inc (Senior Notes) 4/15/29 | B | Interest | K | T | Buy | 06/13 | K | | |
| 63. Norfolk Southern Corp Bonds 5/17/29 | B | Interest | K | T | | | | | |
| 64. Amerada Hess Corp Bonds Oct 01 2029 | B | Interest | K | T | | | | | |
| 65. Dow Chemical Co Bonds Nov 01 2029 | B | Interest | K | T | | | | | |
| 66. New Jersey Bell Tel Co Deben 11/15/29 | B | Interest | K | T | | | | | |
| 67. Wal Mart Stores Bonds | C | Interest | K | T | | | | | |
| 68. Dominion Res Cap TR III Cap Securities | B | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Texaco Capital Inc Debentures | A | Interest | J | T | | | | | |
| 70. Florida Power Corp (1st Mortg Bonds) 3/01/33 | B | Interest | K | T | Buy | 05/10 | K | | |
| 71. Wisconsin Electric Power Unsub Notes 5/15/33 | A | Interest | J | T | | | | | |
| 72. Florida Power & Light 1st Mtg Bonds 04/01/34 | A | Interest | J | T | | | | | |
| 73. United Airlines Escrow (Deben) | | None | J | T | | | | | |
| 74. UAL Corp Com New (common stock) | | None | J | T | Exchange | 01/01 | J | | |
| 75. Merrill Lynch Bank USA RASP (Money Market Acct) | A | Interest | | | Sold | 01/01 | J | | |
| 76. Merrill Lynch CMA Tax-Exempt Fund | A | Dividend | K | T | | | | | |
| 77. E.Baton Rouge Prsh La. New Publ Hsg Auth Aug01 08(muni bond) | A | Interest | K | T | | | | | |
| 78. E Baton Rouge Par La Pub Hsg Aug 01 09 (muni bond) | A | Interest | J | T | | | | | |
| 79. Orleans Par La Phwide Sch Dist Sept 01 10 (muni bond) | A | Interest | J | T | | | | | |
| 80. Shreveport La Wtr & Swr Rev Ser B Dec 01 10 (muni bond) | B | Interest | K | T | | | | | |
| 81. New Orleans La EHA HTL Rv Jan 15 11 (muni bond) | | None | J | T | | | | | |
| 82. St. Tammany Prsh Wide Sch Dist 12 Ser A Mar.01 11(muni bond) | A | Interest | J | T | | | | | |
| 83. St. Tammany Prsh Wide Sch Dist 12 Ser A Mar 01 12(Muni Bond) | B | Interest | K | T | | | | | |
| 84. Orleans Par La Sch Brd Sep 01 12 (muni bond) | A | Interest | J | T | | | | | |
| 85. La. Pub Facs AT RV Hlth Facs A Ref Jun 01 13 (muni bond) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Shreveport La Wtr-Swr Rv Ser B Dec 01 13 (muni bond) | A | Interest | J | T | | | | | |
| 87. La. St Ofc Fc Cptl Cmplx PG-Ser A Mar 01 16 (muni bond) | A | Interest | K | T | | | | | |
| 88. Terrebonne Prh Hsp Svc Dt No. 1 Hsp Rv Rf Apr01 17(muni bond) | A | Interest | J | T | | | | | |
| 89. La Pub Fcs At Rev Tulane Univ A-1 Nov 15 17 (muni bonds) | A | Interest | | | Redemption | 11/15 | J | B | |
| 90. Bossier City La Pub Impt Sls Use-TxRv Rf | A | Interest | | | Redemption | 12/03 | J | A | |
| 91. Jeff Parish La Sch Brd Sls-Tax Rv Mar 01 20 (muni bonds) | A | Interest | J | T | | | | | |
| 92. Coppell Tex Indpt Sch Dist. Rfdg Aug 15 20 (municipal bond) | B | Interest | | | Redemption | 5/16 | K | A | |
| 93. Calcasieu Ph La Pub Tr AT Std Lse Rev May 01 21 (muni bd) | B | Interest | | | Redempton | 5/16 | K | A | |
| 94. Calcasieu Parish La SD #33 Pub Sch Impt Jul 15 21 (muni bd) | A | Interest | | | Redemption | 07/16 | J | A | |
| 95. Bossier Parish La Sales & Use Tax Jul 01 21 | B | Interest | K | T | | | | | |
| 96. Harris Cnty TEx Toll Rd Rev Aug 15 21 (muni bond) | B | Interest | | | Redemption | 05/16 | L | A | |
| 97. Orleans Prsh La Prhwde Sch Dist Ser A Sep 01 21 (muni bd) | B | Interest | K | T | | | | | |
| 98. East B.R. Par La Sales Use Tax FGIC Feb 01 22 (muni bd) | A | Interest | | | Redemption | 05/17 | K | A | |
| 99. N.O. La Pub Impt Ser A Dec 01 22 (muni bond) | A | Interest | | | Redemption | 12/03 | J | A | |
| 100. Jefferson La Sales Tax Dt Spl Sls Tax Dec 01 22 (muni bond) | B | Interest | K | T | | | | | |
| 101. St. Tammany Prshwide 03/01/24 (muni bonds) | B | Interest | K | T | | | | | |
| 102. East BR Prsh LA Rec-Pk May 01 24 (muni bond) | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ernest Morial N.O. La Exh Jul 15 25 (muni bond) | A | Interest | | | Redemption | 05/21 | J | A | |
| 104. Louisiana Pub Facs Auth Hosp Rev A Rfdg Jul 01 25 | A | Interest | K | T | | | | | |
| 105. State Colleges & Univ La Lease Rev Univ Sep 01 26 | B | Interest | | | Redemption | 09/04 | K | A | |
| 106. Louisiana Pub Facs Auth Rev Tulane A Jul 01 27 (muni bond) | A | Interest | | | Redemption | 05/16 | J | A | |
| 107. Ernest N Morial-New Orleans La Exhb Hall AT Jul 15 27 (muni) | A | Interest | J | T | | | | | |
| 108. Monroe La Sales & Use Tax Rev Ser A Jul 01 27 | A | Interest | K | T | | | | | |
| 109. Colorado Springs Colo Util Rev Sys Impt Nov 15 27 | B | Interest | K | T | | | | | |
| 110. La Pub Fcs AT REV Tulane Univ La A Nov 15 27 | A | Interest | | | Redemption | 05/16 | J | A | |
| 111. La Pub Facs Auth Rv Rf Dillard Feb 01 28 | A | Interest | J | T | | | | | |
| 112. Jeff Prh La Hsp Svc Dist #2 Hosp Rev Jul 01 28 | B | Interest | | | Redemption | 05/16 | K | A | |
| 113. Louisiana LCL Gvt Enviro FC CDA RV Tech Jul 01 28 | B | Interest | K | T | | | | | |
| 114. La St Gas & Fuels Tax Rev Ser A Jun 01 32 | A | Interest | J | T | | | | | |
| 115. Louisiana Pub Facs Auth Rev Tulane A Ju 01 32 (muni bond) | C | Interest | | | Redemption | 05/16 | J | A | |
| 116. Calcasieu Parish La Pub Tr AT STD LSE REV May 01 33 (muni) | B | Interest | K | T | | | | | |
| 117. Greater New Orleans Expwy Commn La RV Nov 01 33 (muni) | B | Interest | | | Redemption | 05/16 | K | A | |
| 118. Louisiana Univ-Agric CLG 07/01/33 | B | Interest | K | T | Buy | 11/21 | K | | |
| 119. Merrill Lynch Bank USA RASP (money market) | A | Interest | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Mountain States Tel & Teleg Aug 01 07 Debenture (Bond) | A | Interest | | | Redemption | 06/07 | J | A | |
| 121. GTE South Debenture Feb 15 08 (Bond) | A | Interest | J | T | | | | | |
| 122. Cooper Tire & Rubber Co Notes Dec 15 19 (Bond) | A | Interest | J | T | | | | | |
| 123. Phillip Morris Cos Inc Debentures Jan 15 27 (Bonds) | B | Interest | K | T | | | | | |
| 124. Aegon NV PFD | B | Interest | K | T | | | | | |
| 125. FPL Group Capital, Inc (Jr. Sub Note) 10/01/66 | A | Interest | J | T | Buy | 06/11 | J | | |
| 126. Georgia Power Cap TR VII Jan 15 2044 | A | Interest | J | T | | | | | |
| 127. Florida Pwr & Lt Cap TR Mar 15 2044 | A | Interest | J | T | | | | | |
| 128. Citigroup Capital XI Trust Pfd Secs Cum Sept27 34 (Bonds) | A | Interest | J | T | | | | | |
| 129. Brandywine Fund (stock mutual fund) | E | Distribution | M | T | | | | | |
| 130. Wells FargoShort Term Bond Fund (mutual fd) | A | Dividend | | | Sell | 03/20 | K | A | |
| 131. Vanguard Ttl Stk Mkt Index Fund | D | Dividend | N | T | | | | | |
| 132. Vanguard Prime MM Fund | A | Dividend | J | T | | | | | |
| 133. Vanguard GNMA Fund | A | Dividend | | | Sell | 03/20 | K | A | |
| 134. Capital One Bank-- checking/savings | A | Interest | K | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Barbier, Carl J | 05/12/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALS1█████████████████TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544